UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

N|S

---

LORD MAISON PHIBONACCII,           )
   Plaintiff,                                     )
                                   ) Case No.: 2:25cv06317-CAS-E
vs.                                                   )
                                   ) VERIFIED COMPLAINT FOR:
LA APT.1 LLC; GREYSTAR REAL ESTATE       )
PARTNERS; BOB FAITH, in both individual   )
and official capacity; KIMBALL, TIREY &    )
ST. JOHN LLP; TANIA KIM CORDOSO;          )
CHRIS EVANS; LOS ANGELES COUNTY           )
SHERIFF'S DEPARTMENT; SHERIFF ROBERT LUNA, )
in his official capacity,                 )
                                   )
   Defendants.                                )

---

Plaintiff LORD MAISON PHIBONACCII, in pro per, brings this Verified Complaint and alleges:

INTRODUCTION

1. This is a civil rights action pursuant to 42 U.S.C. § 1983 and California law, seeking damages and injunctive relief to stop the unlawful retaliation, due process violations, and threatened illegal eviction of Plaintiff by Defendants.

2. Plaintiff resides at 8820 Sepulveda Eastway, Apt 114, Los Angeles, CA, and is the victim of fraudulent eviction practices, retaliatory conduct, and denial of basic habitability and due process protections.

3. Defendants, acting under color of law and in concert with private actors, have created an

Case 2:25-cv-06317-SB-E   Document 1   Filed 07/10/25   Page 2 of 4   Page ID #:2

Lord Maison Phibonaccii v. LA Apt.1 LLC, et al. Case NO.: _____

immediate threat of lockout and retaliation, in violation of Plaintiff's constitutional and statutory rights.

## JURISDICTION AND VENUE

4. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343. This action arises under 42 U.S.C. § 1983 and the Fourteenth Amendment.

5. Venue is proper in this District under 28 U.S.C. § 1391(b), as all acts occurred in Los Angeles County, California.

## PARTIES

6. Plaintiff LORD MAISON PHIBONACCII is an individual residing in Los Angeles County, California.

7. Defendant LA APT.1 LLC is the legal owner of the property located at 8820 Sepulveda Eastway, Los Angeles, CA.

8. Defendant GREYSTAR REAL ESTATE PARTNERS manages the property and oversees its residential operations.

9. Defendant BOB FAITH is the CEO of GREYSTAR and is sued in both his individual and official capacities.

10. Defendant KIMBALL, TIREY & ST. JOHN LLP (KTS) is the law firm responsible for prosecuting the unlawful detainer action against Plaintiff.

11. Defendant TANIA KIM CORDOSO is an attorney at HC Law, APC and is sued in her individual and official capacity.

12. Defendant Luke Housa is a property manager or agent associated with Greystar and LA APT.1 LLC.

Case 2:25-cv-06317-SB-E   Document 1   Filed 07/10/25   Page 3 of 4   Page ID #:3

Lord Maison Phibonaccii v. LA Apt.1 LLC, et al. Case NO.: _____

13. Defendant LOS ANGELES COUNTY SHERIFF'S DEPARTMENT is responsible for executing writs of possession and is a public entity.

14. Defendant ROBERT LUNA is the Sheriff of Los Angeles County and is sued in his official capacity only.

## FACTUAL BACKGROUND

(To be updated with specific timeline and events, per user's notes.)

## CAUSES OF ACTION

COUNT I: VIOLATION OF 42 U.S.C. § 1983 - DUE PROCESS (Against All Defendants)

COUNT II: RETALIATION FOR PROTECTED ACTIVITY (Against Greystar, LA Apt.1, Bob Faith)

COUNT III: UNLAWFUL SEIZURE / THREATENED LOCKOUT (Against Sheriff's Dept)

COUNT IV: NEGLIGENCE / FAILURE TO SUPERVISE (Against Bob Faith, Greystar)

COUNT V: CIVIL CONSPIRACY (Against All Private Defendants)

COUNT VI: VIOLATION OF CAL. CIV. CODE §789.3 (Against Greystar, LA Apt.1)

COUNT VII: EMOTIONAL DISTRESS (Against All Defendants)

COUNT VIII: DECLARATORY RELIEF (Against All Defendants)

COUNT IX: INJUNCTIVE RELIEF (Against All Defendants)

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1. Temporary Restraining Order and Permanent Injunction
2. Compensatory damages in excess of $250,000
3. Statutory penalties under Cal. Civ. Code §789.3
4. Punitive damages as allowed by law
5. Attorneys' fees and costs
6. Declaratory relief
7. Any further relief the Court deems just and proper

Lord Maison Phibonaccii v. LA Apt.1 LLC, et al. Case NO.: _____

1  I, LORD MAISON PHIBONACCII, declare under penalty of perjury that the foregoing is true and
2  correct to the best of my knowledge.

DATED: July 10, 2025

/s/ Lord Maison Phibonaccii

LORD MAISON PHIBONACCII, Plaintiff in Pro Per