JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORD MAISON PHIBONACCII,<br><br>          Plaintiff,<br><br>     v.<br><br>LA APT.1 LLC et al.,<br><br>          Defendants. | Case No. 2:25-cv-06317-SB-E<br><br>FINAL JUDGMENT |

    For the reasons stated in the separate order of dismissal entered this date, it is ordered and adjudged that Plaintiff Lord Maison Phibonaccii's federal claims are dismissed with prejudice, and his state-law claims are dismissed without prejudice.

    This is a final judgment.

Date: August 29, 2025

                                             Stanley Blumenfeld, Jr.
                                           United States District Judge